| | |
|---|---|
| 1 | **ROBERT ISHIKAWA - 90621** |
| | Law Offices of Robert Ishikawa |
| 2 | 5713 N. West Avenue # 101 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 432-9600 |
| 4 | Attorney for Leopoldo Macias |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEOPOLDO MACIAS, | ) | 1:09- CV-01510 OWW DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | EXTEND TIME |
| | ) | |
| COMMISSIONER OR SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefore requests, with the assent of Scott Borrowman, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than March 22, 2010. Defendant shall have until April 22, 2010 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until May 25, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until June 25, 2010 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

1

| | | |
|---|---|---|
| 1 | Dated: March  8, 2010 | /s/ Robert Ishikawa |
| 2 | | _____ |
| 3 | | ROBERT ISHIKAWA<br>Attorney for Plaintiff, Leopoldo Macias |
| 4 | | |
| 5 | Dated: March  8 , 2010 | /s/ Scott Borrowman<br>_____ |
| 6 | | Scott Borrowman<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

    **Dated:    March 9, 2010**            **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE