**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Leopoldo Macias

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO MACIAS, ) | 1:09- CV-01510 OWW DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER OR SOCIAL SECURITY ) | |
| Defendant. ) | |

    Plaintiff has been unable to comply with the scheduling order and therefor requests, with the assent of Scott Borrowman, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court:  plaintiff shall have until June 25, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until July 25, 2010 to file and serve a responsive brief.   Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: June 4,  2010        /s/ Robert Ishikawa

                                                         _____
                                                         ROBERT ISHIKAWA
                                                         Attorney for Plaintiff, Leopoldo Macias

/////

/////

/////

Dated: June 4, 2010                               /s/ Scott Borrowman
                                                  _____
                                                  Scott Borrowman
                                                  Special Assistant U.S. Attorney
                                                  (Authorized by telephone call on June 4, 2010)

IT IS SO ORDERED.

**Dated:    June 7, 2010**                         _____/s/ **Dennis L. Beck**_____
                                                   UNITED STATES MAGISTRATE JUDGE